IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | * | Case no 21-15613 |
| Jerome L. Hodges Sr. | * | Chapter 13 |
| Debtor(s). | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

U.S. Bank Trust National Association
                Movant,
vs.

Jerome L. Hodges Sr.

      Debtor/Respondent,

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**RESPONSE TO MOTION FOR RELIEF FROM STAY TO RECLAIM SECURITY**

    Now comes the Debtor (the "Respondent"), through attorney, Jeffrey M. Sirody, and responds to the *Motion For Relief From Stay to Reclaim Security* as follows:

    1)    The Debtor admits the allegations contained in Paragraphs 1 through 7 of the Motion.

    2)    The Debtor denies the allegations contained in Paragraph 8 through 14 of the Motion.

    WHEREFORE, the Debtor requests that the Court deny the Motion.

                                                             /s/ Jeffrey M. Sirody
                                            Jeffrey M. Sirody, Bar ID # 11715
                                            Jeffrey M. SIrody & Associates
                                            1777 Reisterstown Road, Suite 360 E
                                            Baltimore, MD 21208
                                            (410) 415-0445
                                            Attorney for Debtor/Respondent

## CERTIFICATE OF MAILING

`      I HEREBY CERTIFY that on this, the 3rd day of January, 2023 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Response to Motion For Relief From Stay to Reclaim Security* will be served electronically by the Court's CM/ECF system to the following:

Rachel M Kiefer rkiefer@ecf.courtdrive.com, bankruptcy@friedmanvartolo.com

Andrew Leonard Spivack andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Brian A. Tucci ECF@ch13balt.com,
   btucci13@ecf.epiqsystems.com;trusteemdb41@ecf.epiqsystems.com


　　　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　Jeffrey M. Sirody, Esquire